UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20401

Teófila A. Velásquez
and other similarly
situated individuals,

    Plaintiff(s),

v.

Prostaff Services USA LLC,

    Defendant,

_____/

## UNOPOSSED MOTION FOR COUNSEL TO APPEAR BY ZOOM

Plaintiff Teófila A. Velásquez (hereinafter "Plaintiff"), by and through the undersigned counsel, hereby file this Unopposed Motion for Counsel to appear by zoom on July 31st, 2024 at 2:00 pm, and support thereof state as follows:

1. On or about June 25th, 2024, this Honorable Court entered an Order resetting the Status Conference for July 31st, 2024 at 2:00 pm at Courtroom 202A, United States Federal Building and Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301 before Judge Leibowitz [D.E. 19].

2. The undersigned Counsel is located in Miami Florida. To attend this brief hearing counselors would require billing the client for three to four hours of time on a matter that will likely be handled in no more than 5-10 minutes.

3. Additionally, the undersigned counsel has mediation previously scheduled starting at 10 am for the date of the July 31st hearing, and a telephonic status conference in another unrelated matter starting at 2 pm.

4.  Moreover, if the undersigned is required to attend in person, it will necessitate canceling several other appointments that afternoon that are of significant time-sensitive importance.

5.  It would be in the best interest of the parties and counsel to allow attendance by zoom.

6.  In the abundance of caution, the undersigned respectfully requests this Court to allow Counsel to appear by zoom.

7.  This Motion is made in good faith;

8.  No party to this action will be prejudiced by permitting counsel to attend the status conference via zoom.

9.  Pursuant to Local Rule 7.1 of the Local Rules for the Southern District of Florida, the undersigned hereby certifies that Plaintiff has conferred with Defendants' counsel regarding the relief herein sought, and that counsel does not object to the requested relief.

Wherefore, Plaintiff respectfully requests the entry of an order permitting Plaintiff's Counsel to appear by Zoom on July 31, 2024, at 2:00 pm.

July 26, 2024

Respectfully submitted,

*By: s/Zandro Palma_____*
Zandro E. Palma
Florida Bar No. 24031
zep@thepalmalawgroup.com

ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156

Telephone: 305.446.1500
Facsimile: 305.446.1502
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone:  (305) 446-1500
Facsimile:  (305) 446-1502
zep@thepalmalawgroup.com
BY:  **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20401

Teófila A. Velásquez
and other similarly
situated individuals,

    Plaintiff(s),

v.

Prostaff Services USA LLC,

    Defendant,

_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION

**THIS CAUSE** came before the Court on Plaintiff's Unopposed Motion for Counsel to appear by zoom on July 31st, 2024 at 2:00 pm. The Court having reviewed the matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers, at Broward County, Florida this _____ day of July 2024.

_____

**DAVID S.  LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

All Counsel Of Record