**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**TEOFILA A. VELASQUEZ**
**and Other Similarly Situated Individuals,**
    **Plaintiff,**

**v.**                                    **CASE NO.: 1:24-cv-20401**

**PROSTAFF SERVICES USA LLC,**
    **Defendant.**
_____/

## MEDIATION REPORT

The parties to the above-styled cause submitted their issues to mediation on

July 30, 2024. The parties have resolved all issues.

           /s/ Jason B. Onacki
           Jason B. Onacki
           Mediator
           Florida Bar No.: 698016
           Certified Circuit Civil Mediator No. 37550R
           707 E Cervantes Street, Suite B, #171
           Pensacola, FL 32501
           Jason@onackimediation.com
           Tel: (850) 384-9273

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2024, I filed and served the foregoing using the CM/ECF.

           /s/ Jason B. Onacki
           Jason B. Onacki
           Mediator