UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20401

Teófila A. Velásquez
and other similarly
situated individuals,

      Plaintiff(s),

v.

Prostaff Services USA LLC,

      Defendant,

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Teófila A. Velásquez hereby file this notice of settlement and advise the Court that the Parties reached a settlement.

Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor.  To this end, the parties are in the process of finalizing all the necessary settlement documentation.

Dated: July 30, 2024

Respectfully submitted,

| | |
|---|---|
| By: s/Zandro Palma_____ | By: *Leslie Perez Perez* __ |
| Zandro E. Palma | Leslie Perez Perez, Esq. |
| Florida Bar No. 24031 | FBN: 122767 |
| zep@thepalmalawgroup.com | E-mail: Leslie@vpplawfirm.com |
| ZANDRO E. PALMA, P.A. | eservice@vpplawfirm.com |
| 9100 S. Dadeland Blvd., Suite 1500 | 782 NW 42nd Ave., Ste. 332, |
| Miami, Florida 33156 | Miami, FL 33126 |
| Telephone: 305.446.1500 | Phone: (305) 549-8280 |
| Facsimile: 305.446.1502 | Fax: (786) 513-8575 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  July 30, 2024.

Respectfully submitted,

 /s/ **Zandro E. Palma**
ZANDRO E. PALMA, ESQ.