UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20401-LEIBOWITZ/LOUIS

**TEOFILA A. VELASQUEZ**,

    *Plaintiff*,

v.

**PROSTAFF SERVICES USA LLC**,

    *Defendant*.

_____/

### ORDER

**THIS CAUSE** is before the Court *sua sponte*.  On July 31, 2024, the undersigned ordered that the parties must file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure within sixty (60) days, or this matter will be dismissed, and the Court will be divested of jurisdiction to enforce the settlement agreement.  [ECF No. 24].  To date, the parties have failed to file a stipulation of dismissal.  Therefore, pursuant to the undersigned's July 31, 2024, Order [ECF No. 24], this matter is dismissed, and the Court is divested of jurisdiction to enforce the settlement agreement.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in the Southern District of Florida on October 16, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record